Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Cruz Duran

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CRUZ DURAN, | ) Case No.: 1:10-CV-894 GSA |
| Plaintiff, | ) STIPULATION FOR DISMISSAL; ) AND ORDER |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: November 23, 2010      Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Cruz Duran

DATE: November 23, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel

/s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization on November 24, 2010)

IT IS SO ORDERED.

Dated: **November 29, 2010**     **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE